**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01941-REB-KLM

MURRAY WHITE,

     Plaintiff,

v.

IQ DATA INTERNATIONAL, INC., a Washington corporation,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#9][1] filed September 21, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with each party to pay his or its own attorney's fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal With Prejudice** [#9] filed September 21, 2013, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 23, 2013, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    */s/ Robert E. Blackburn*
                                                    Robert E. Blackburn
                                                    United States District Judge

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.